# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

**09-1169 c/w**
**10-66, 10-67**

**ANDRE ALEXANDER, ET AL.**

**VERSUS**

**THE ESTATE OF MAURICE B. MCNEAL, ET AL.**

**CONSOLIDATED WITH**

**ALTHEA DUPAR, ET AL.**

**VERSUS**

**THE ESTATE OF MAURICE B. MCNEAL, ET AL.**

\*\*\*\*\*\*\*\*\*\*
ON WRIT APPLICATION FROM THE
TWELFTH JUDICIAL DISTRICT COURT
PARISH OF AVOYELLES, NO. 2008-1592-A AND 2008-1993-A
HONORABLE MARK JEANSONNE, PRESIDING
\*\*\*\*\*\*\*\*\*\*

## SYLVIA R. COOKS
### JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Sylvia R. Cooks, Billy Howard Ezell and J. David Painter, Judges.

**AFFIRMED.**

**Dale G. Cox**
**Bradley, Murchison, Kelly & Shea, LLC**
**401 Edwards Street, 10th Floor**
**Shreveport, LA 71101**
**(318) 227-1131**
**COUNSEL FOR PLAINTIFFS-APPELLEES:**
      **Althea Dupar, Jared Troy Dupar and Paige Nicole Dupar**

**Cory P. Roy**
**Beau R. Layfield**
**107 North Washington Street**
**P.O. Box 544**
**Marksville, LA 71351**
**(318) 240-7800**
**COUNSEL FOR PLAINTIFFS-APPELLEES:**
  **Andre Alexander and Phaetra Moore**


**Ronald E. Raney**
**Lunn, Irion, Salley, Carlisle & Gardner**
**P.O. Box 1534**
**Shreveport, LA 71165-1534**
**(318) 222-0665**
**COUNSEL FOR DEFENDANT-APPELLANT:**
  **Republic Vanguard Ins. Co.**

**COOKS, Judge.**

For the reasons assigned in the companion and consolidated case of *Andre Alexander, et al. v. The Estate of Maurice D. McNeal, et al.*, docket no. 10-66, the judgment of the district court is affirmed. Costs of this appeal are assessed to appellant, Republic Vanguard Insurance Company.

**AFFIRMED.**